UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARINE SPECIALTIES, INC.,** ) | Civil Action No. |
| **MACHINE SPECIALTIES, LLC, and** ) | |
| **J&T RENTALS, LLC,** ) | |
| *Plaintiffs,* ) | JUDGE |
| *vs.* ) | |
| ) | |
| **CERTAIN UNDERWRITERS AT LOYD'S** ) | MAGISTRATE |
| **OF LONDON,** ) | |
| *Defendants.* | |

**COMPLAINT WITH JURY DEMAND**

Plaintiffs, Marine Specialties, Inc., Machine Specialties, LLC, and J&T Rentals, LLC (collectively "Plaintiffs") for their Complaint against Defendants, Certain Underwriters at Lloyds of London ("Defendants"), state and allege as follows:

**PARTIES**

1.

Plaintiff Marine Specialties, Inc. ("Marine Specialties") is a Louisiana company with its principal place of business in Terrebonne Parish, State of Louisiana.

2.

Plaintiff Machine Specialties, LLC ("Machine Specialties") is a limited liability company organized pursuant to the laws of Louisiana with its principal place of business in Terrebonne Parish, State of Louisiana. Its members are Glenn and Sandra Plaisance, both residents of Terrebonne Parish, State of Louisiana.

3.

Plaintiff J&T Rentals, LLC ("J&T") is a limited liability company organized pursuant to the laws of Louisiana with its principal place of business in Terrebonne Parish, State of

Louisiana. Its members are Glenn and Sandra Plaisance, both residents of Terrebonne Parish, State of Louisiana.

4.

The following Defendants (collectively "Lloyd's") are syndicates and/or underwriters operating and/or participating in the Lloyd's of London insurance market and either subscribed to, guaranteed, secured, or are otherwise responsible under insurance policy NF24193 and/or other insurance policies, that provide coverage for the losses sustained by Plaintiffs. Upon information and belief, each of the following syndicates and/or underwriters is domiciled in the United Kingdom:

a. B0429BA2000128
b. B0429BA2000168
c. B0429BA2000924
d. B0429BA2001063
e. B0429BA2001324
f. B0429BA2003300

5.

Defendants herein are liable jointly, severally and *in solido* to Plaintiffs for all damages as are reasonable in the premises, including but not limited to damages for breach of contract (including bad faith breach), bad faith in connection with claims handling, violation(s) of La. R.S. 22:1892 and La. R.S. 22:1973, including but not limited to statutory penalties and attorney's fees, as well as such other damages as may be pled herein or in any subsequent pleading to the extent allowed by the Court, for the following reasons.

**JURISDICTION AND VENUE**

6.

Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332, in that this is an action between completely diverse parties and Plaintiffs' claims exceed $75,000.00.

7.

Venue is proper before this Honorable Court as to all Defendants insofar as they subscribe to the policy/policies of insurance issued to the Plaintiffs within this District.

## GENERAL ALLEGATIONS

8.

At all times pertinent, J&T owned an industrial building located at 1903 Coteau Road, Houma, Louisiana.  This building was a scheduled location on insurance policy NF24183 issued by Defendants to Plaintiffs (the "Policy").

9.

Marine Specialties and Machine Specialties were the owners of numerous pieces of industrial equipment utilized in tooling, machining, and industrial fabrication (the "Equipment") that were located at the scheduled location on Coteau Road.

10.

At all pertinent times, Plaintiffs were named insureds on the Policy, which was in effect on August 29, 2021.

11.

The scheduled location sustained significant damage due to Ida, which, in turn caused the Equipment to also be damaged.

12.

Plaintiffs timely submitted satisfactory proofs of loss relative to the damages sustained by the building at 1903 Coteau Road, as well as for the Equipment damages.

13.

Defendants eventually responded to Plaintiffs claim for damage to the building at 1903 Coteau Road, adjusted the loss and remitted payment to Plaintiffs.

14.

Defendants however failed to timely adjust and tender payment for the loss/damage to the building under the Policy for this covered loss, in violation of La. R.S. 22:1982 and 22:1973.

15.

Plaintiffs timely submitted satisfactory proofs of loss relative to the damages sustained by the Equipment at 1903 Coteau Road.

16.

Defendants purported to respond to Plaintiffs claims for damage to the Equipment but to date, have still failed to adjust the loss and tender payment for same, as required by the Policy and Louisiana law, all in violation of La. R.S. 22:1982 and 22:1973.

17.

The actions of Defendants in failing to adjust Plaintiff's claims timely, fully, and fairly are arbitrary, capricious, and without probable cause making Defendants liable for damages, penalties and attorney's fees provided under La. R.S. 22:1892 and 22:1973.

18.

Defendants are liable to Plaintiffs for the following:

1. Breach of contract;
2. Bad faith claims adjusting;

3.     Negligent claims adjusting;

4.     Any and all other legal theories which may be found through discovery and proven at trial of this matter.

19.

As a result of Hurricane Ida and as a result of Defendants' arbitrary and capricious claims adjusting, Plaintiff has sustained, or will sustain, the following non-exclusive damages:

1.     Property damages;

2.     Repair and remediation expenses;

3.     Diminution of value of Properties;

4.     The penalties prescribed by La. R.S. 22:1892 and 22:1973;

5.     Attorney's fees and costs of this litigation; and

6.     Any and all other damages which will be shown through discovery and proven at trial.

20.

Plaintiffs demand trial by jury.

**WHEREFORE**, Plaintiffs, Marine Specialties, Inc., Machine Specialties, LLC, and J&T Rentals, LLC, pray:

(i)     That Defendants be served with a copy of the above and foregoing Complaint, who should be made to answer same;

(ii)    That after due proceedings are held, that there be a Judgment in this matter in favor of Plaintiffs and against Defendants, declaring that Defendants are liable jointly, severally, and *in solido*, to the Plaintiffs for compensatory damages resulting from their acts and omissions;

(iii)   For general, special and punitive damages to be awarded in favor of Plaintiffs and against

Defendants pursuant to La. R.S. 22:1973;

(iv)    For reasonable attorney's fees and costs to be awarded in favor of Plaintiffs and against Defendants pursuant to La. R.S. 22:1892;

(v)    For general, special and punitive damages to be awarded in favor of Plaintiffs and against Defendants pursuant to La. R.S. 22:1892;

(vi)    That the right of the Plaintiffs to establish its entitlement to compensatory damages, and the amounts thereof, be reserved for determination in the individual actions when appropriate;

(vii)    Plaintiffs recover all costs incurred and with judicial interest on all sums, and all other relief appropriate in law or equity.

Respectfully submitted,

__/s/ Scott D. Brownell_____
Scott D. Brownell (Louisiana Bar #26223)
***SCOTT D. BROWNELL, APLC***
527 E. Boston St., Suite 201
Covington, LA  70433
Phone:  (504) 390-1982
Fax:     (985) 387-5087
E-mail:scott@sbrownell.com
Attorney for Marine Specialties, Inc., Machine Specialties, LLC, and J&T Rentals, LLC